NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIAN E. ULRICH, MICHAEL E. JONES, JOHN B. RUBINSKY, JOHN A. DUKES, JR., JOHN EVANGELISTA AND GERALD WIMBERLY,**
*Petitioners,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2012-3035

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. PH0752100649-I-1, PH0351110034-I-1, PH0351110035-I-1, PH0752110036-I-1, PH0752110037-I-1, and SF0752110079-I-1.

---

## ON MOTION

---

## O R D E R

The petitioners move without opposition for extensions of time to file their corrected initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The respondent and intervenor should calculate their brief due date from the date of this order.

FOR THE COURT

_____JUL  0 9  2012_____                /s/ Jan Horbaly
            Date                        Jan Horbaly
                                        Clerk

cc:  Dennis L. Friedman, Esq.
     L. Misha Preheim, Esq.
     Jeffrey Gauger, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2012

JAN HORBALY
CLERK